# Borough of Sewickley.

1. The Court of Quarter Sessions has power, under the 21st section of the Act of 3d April, 1851, to incorporate boroughs without regard to the population thereof.

2. The soundness of the discretion exercised by the court, is not a subject of review on *certiorari.*

CERTIORARI to the Court of Quarter Sessions of *Allegheny county.*

*Geo. P. Hamilton,* for complainants.

[Park *v.* Matthews.]

*White, Penny* and *Sterrett, contra.*

The opinion of the court was delivered December 15, 1853, by
WOODWARD, J.—The case of the *Borough of West Philadel-
phia*, 5 W. & S. 281, was ruled on the Act of Assembly of
1st April, 1834, the first section of which limited the powers of
the Quarter Sessions, to the incorporation of "any town or
village within their respective jurisdictions, containing not less
than three hundred inhabitants." But by the 21st section of
the Act of 31st April, 1851, the Quarter Sessions have power to
incorporate boroughs without regard to the population thereof,
and this case arises under the latter act. It is impossible to
doubt that the Court of Quarter Sessions has power to incor-
porate a borough of the dimensions of Sewickley, and that is all
we are called on to decide. The soundness of the discretion
exercised is not a subject of review on *certiorari*.

The decree is affirmed.